UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-0336 PA (BFMx) | Date | January 25, 2024 |
|---|---|---|---|
| Title | Wells Fargo Bank, N.A. v. Baishunxing Trading Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | None | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – ORDER TO SHOW CAUSE

On January 12, 2024, attorney Al Roundtree appeared in this action on behalf of Wells Fargo Bank, N.A. However, Mr. Roundtree does not appear to be a member of the Bar of this Court, nor has he been granted permission to appear pro hac vice in this action.

Local Rule 83-2.1.1.1 provides as follows: "Except as provided in [Local Rules] 83-2.1.3, 83-2.1.4, 83-2.1.5, and 83-4.5 . . . an appearance before the Court on behalf of another person, an organization, or a class may be made only by members of the Bar of this Court, as defined in [Local Rule] 83-2.1.2."

Accordingly, the Court orders Mr. Roundtree to show cause, in writing, on or before **February 8, 2024**, why he should not be sanctioned for failing to comply with Local Rule 83-2.1.1.1. Alternatively, the Court will discharge this Order to Show Cause if, on or before February 8, 2024, Mr. Roundtree submits proof of admission to the Bar of this Court or submits an application to appear pro hac vice in this action, in compliance with Local Rule 83-2.1.3. Failure to respond to, or otherwise comply with, this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.