**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br>     Plaintiff-in-Interpleader, <br> v. <br> BAISHUNXING TRADING, INC., et al., <br>     Defendants-in-Interpleader. | No. CV 24-336 PA (BFMx) <br><br> JUDGMENT IN INTERPLEADER |

In accordance with the Court's October 24, 2024 Order granting the Motion for Default Judgment, Interpleader, and Dismissal filed by plaintiff-in-interpleader Wells Fargo Bank, N.A. ("Wells Fargo"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Court declares that defendants-in-interpleader Baishunxing Trading, Inc., ("Baishunxing") and Walter R. Earle II ("Earle") were required to interplead and litigate their claims to the funds at issue in this action, i.e., a wire transfer in the amount $89,500 sent from Earle to Baishunxing on August 10, 2023, and subsequently restrained by Wells Fargo (the "Restrained Proceeds").

  2. Wells Fargo is awarded $7,500 in reasonable attorneys' fees and costs from the Restrained Proceeds. The Clerk shall issue a check in that amount to "Wells Fargo Bank, N.A." from the proceeds deposited in Court, to be mailed to Wells Fargo's counsel of record.

  3. The remainder of the Restrained Proceeds ($82,000) is awarded to Earle. The Clerk shall issue a check in that amount to "Walter R. Earle II" from the proceeds deposited in Court, to be mailed to Earle's counsel of record.

  4. The Court discharges Wells Fargo from any liability to Baishunxing or Earle with respect to the Restrained Proceeds.

  5. Baishunxing and Earle are enjoined from instituting any action or proceeding against Wells Fargo, or its agents, affiliates, parents, subsidiaries, attorneys, or assigns, with respect to the Restrained Proceeds.

  6. This action is dismissed with prejudice. All pending dates in this action are vacated.

  The Clerk is ordered to enter this Judgment.

DATED: October 30, 2024

                _____
                Percy Anderson
                UNITED STATES DISTRICT JUDGE